**SO ORDERED.**
**SIGNED this 18th day of September, 2017**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Nicholas W. Whittenburg
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION AT CHATTANOOGA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DREW ROCK RENNER, And ) | CASE NO. 1:17-bk-12023-NWW |
| ASIA BLUE RENNER ) | |
| ) | |
| Debtor(s) ) | CHAPTER 7 |

### ORDER ALLOWING PUBLIC AUCTION AND SALE
### AND APPROVING AUCTIONEER'S FEES

In this case the Trustee has noticed the public on-line auction sale of the Debtors' ATV parts and accessories, for September 28, 2017.  There were no objections to the sale or its terms and conditions.  The Trustee has also requested approval of the commission and buyers premium to be charged by the auction company, Compass Auctions and Real Estate. These fees appear to be reasonable and will be approved. It is therefore

ORDERED that the Trustee may conduct a public auction sale of the Debtors' ATV parts and accessories on September 28, 2017, as outlined in the Notice.  The auctioneer's commission

schedule and the 13% buyer's premium are hereby approved. After the sale has been completed, the Trustee shall file a report of sale with the Court.

###

Approved for entry,

By: /s/ Richard P. Jahn, Jr.
Richard P. Jahn, Jr., BPR #01435
1200 Mountain Creek Road, Ste. 160
Chattanooga, TN 37405
(423) 870-2125 *phone*
(423) 870-2129 *fax*
rjahn@jahnlegal.com

Attorney for the Trustee